IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-CIV-20700-COOKE/TURNOFF

ANTHONY RODRIGUEZ,

      Plaintiff,

v.

CITY OF DORAL, and
JUAN CARLOS BERMUDEZ,

      Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, ANTHONY RODRIGUEZ, and the Defendants, CITY OF DORAL and

JUAN CARLOS BERMUDEZ, by and through their respective undersigned attorneys, and pursuant to Rule

41(a)(1)(ii), Federal Rules of Civil Procedure, stipulate to the dismissal of this action in its entirety, with

prejudice, each party to bear its own costs and attorney's fees.

DATED this **26**th day of **March**, 2018.


Martin E. Leach, Esq.
Michael B. Feiler, Esq.
FEILER & LEACH, P.L.
Attorneys for Plaintiff
The American Airlines Building
901 Ponce De Leon Blvd
Penthouse Suite
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Facsimile:   (305) 441-8081
mel@flmlegal.com
mbf@flmlegal.com

By:  */s/ Martin E. Leach*
    Martin E. Leach, Esq.
    Fla. Bar. No. 0037990
    Michael B. Feiler, Esq.
    Fla Bar No. 098477


Michael R. Piper, Esq.
Christopher J. Stearns, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendant, City of Doral
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone:      (954) 463-0100
Facsimile:      (954) 463-2444
mpiper@jambg.com
stearns@jambg.com

By:  */s/ Michael Piper*
    Michael R. Piper, Esq.
    Florida Bar No. 710105
    Christopher J. Stearns, Esq.
    Fla Bar No. 557870

Harriet R. Lewis, Esq.
Gary K. Oldehoff, Esq.
LEWIS STROUD & DEUTSCH PL
Attorneys for Mayor Juan Carlos Bermudez
1900 Glades Road, Suite 251
Boca Raton, FL 33431
Telephone: (561) 826-2800
Fax: (561) 826-2828
hlewis@lsdlaw.com
goldehoff@lsdlaw.com


By: */s/ Gary K. Oldehoff*
      Harriet R. Lewis, Esq.
      Fla Bar No. 331015
      Gary K. Oldehoff, Esq.
      Fla Bar No. 449679


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th** day of **March**, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for City of Doral
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.: (954) 463-0100
Facsimile.: (954) 463-2444


By: */s/ Michael Piper*
      MICHAEL R. PIPER
      Florida Bar No.: 710105
      CHRISTOPHER J. STEARNS
      Florida Bar No.: 557870

**SERVICE LIST**

Michael B. Filer, Esq.
Martin E. Leach, Esq.
Feiler & Leach, P.L.
Attorneys for Plaintiff
901 Ponce de Leon Boulevard
Penthouse Suite
Coral Gables, FL 33134
(305) 441-8818 Telephone
(305) 441-8081 Facsimilie
mbf@flmlegal.com
erodriguez@flmlegal.com


Harriet R. Lewis, Esq.
Gary K. Oldehoff, Esq.
Lewis Stroud & Deutsch, P.L.
Attorneys for Co-Defendant Juan Carlos Bermudez
1900 Glades Road, Suite 251
Boca Raton, FL 33431
(561) 826-2800
(561) 826-2828
hlewis@lsdlaw.com
goldehoff@lsdlaw.com