UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12- Civ-20700-COOKE/TORRES

ANTHONY RODRIGUEZ,

    Plaintiff,

vs.

CITY OF DORAL, and
JUAN CARLOS BERMUDEZ,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Stipulation of Dismissal with Prejudice, ECF No. 25. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of March 2018.

                                */s/ Marcia G. Cooke*
                                MARCIA G. COOKE
                                United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*